IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **Ricardo Gaona Lopez,**<br>*Petitioner,*<br><br>v.<br><br>**Pamela Bondi, United States Attorney General, et. al.,**<br>*Respondents.* | § § § § § § § § § § | NO. 1:26-CV-00178-ADA |

### ORDER

Before the Court is Petitioner's Petition for Writ of Habeus Corpus. (Dkt. 1) After carefully considering the parties' arguments and the relevant law, the Court ORDERS that:

(1) Respondents must immediately release Petitioner from custody under conditions no more restrictive than those in place prior to the detention at issue in this case; (2) Respondents must notify Petitioner's counsel by email (maria@oconnorimmigration.com) of the exact location and time of Petitioner's release as soon as is practicable, and no less than two hours before release; (3) Respondents are enjoined from detaining Petitioner under 8 U.S.C. § 1225; and (4) Respondents must provide a status report by February 6, 2026, detailing their compliance with the Court's order.

**IT IS SO ORDERED.**

**SIGNED** on February 3, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE